```
                                          F I L E D
                                     CLERK, U.S. DISTRICT COURT

                                        SEPT 5, 2024

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:       PD        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **8:24-cr-00107-FWS** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| JASON SHIGEO KAKIMOTO, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A. <u>INTRODUCTORY ALLEGATION</u>

At all times relevant to this Information:

1. Defendant JASON SHIGEO KAKIMOTO, a resident of Huntington Beach, California, was the Chief Financial Officer ("CFO") at Company A, a full-service general contracting company specializing in the markets of commercial, industrial, e-commerce, healthcare, education, multi-family and affordable housing, and tenant improvement construction located in Whittier, California.

2. As CFO, defendant KAKIMOTO had control over the checks payable to Company A and had final approval for the execution of wires and checks from Company A's operating account.

B. THE SCHEME TO DEFRAUD

3. Beginning in or around 2019 and continuing to in or around January 2024, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant KAKIMOTO, knowingly and with the intent to defraud, devised and executed a scheme to defraud and obtain property from Company A by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts in relation to an embezzlement scheme.

4. In carrying out the scheme, defendant KAKIMOTO engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material omissions, among others:

    a. Without the knowledge or authorization of other executives of Company A, defendant KAKIMOTO opened and solely controlled two NBKC Bank accounts ending in 5118 and 5119 in the name of Company A (the "NBKC Bank Accounts").

    b. Without the knowledge or authorization of other executives of Company A, between January 2019 through January 2024, defendant KAKIMOTO diverted checks payable to Company A from its customers to the NBKC Bank Accounts.

    c. Without the knowledge or authorization of other executives of Company A, defendant executed checks and wires from Company A's operating account to the NBKC Bank Accounts purportedly for legitimate business expenses of Company A.

        d.    Instead of using Company A's funds deposited into the NBKC Bank Accounts for the legitimate business purposes of Company A, defendant KAKIMOTO used Company A's funds for his own personal purposes.

        e.    Through the diversion of Company A's accounts payable checks and the unauthorized execution of checks and wire transfers from Company A's operating account, defendant KAKIMOTO misappropriated approximately $2.5 million from Company A.

C.    <u>THE USE OF AN INTERSTATE WIRE</u>

    5.    On or about October 24, 2023, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant KAKIMOTO caused the transmission, by means of wire communication in interstate commerce, of $10,000 through check no. 1449 from the California Bank and Trust account of Company A's customers J.G. and M.G. located in Newport Beach, California to the NBKC Bank Accounts in Whittier, California. These funds were processed through servers in Kansas City, Missouri.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office